1006

No. 422.   UNITED STATES *v.* McFADDEN.   Appeal from
D. C. N. D. Cal.   Judgment vacated and case remanded
for reconsideration in light of *Gillette* v. *United States,*
and *Negre* v. *Larsen, ante,* p. 437.   MR. JUSTICE DOUGLAS
dissents.

No. 1326.   SMITH, GOVERNOR OF TEXAS, ET AL. *v.*
GARZA ET AL.   Appeal from D. C. W. D. Tex.   Judgment
vacated and case remanded so that the District Court
may enter a fresh judgment from which a timely appeal
may be taken to United States Court of Appeals for the
Fifth Circuit if appellants so choose.   *Gunn* v. *University
Committee to End the War in Vietnam,* 399 U. S. 383
(1970).   MR. JUSTICE DOUGLAS is of the opinion that
judgment should be affirmed, being of the view that
appeal is properly before this Court.

No. 786.   CHILDS *v.* OREGON ET AL.   C. A. 9th Cir.
Certiorari granted and judgment reversed.   *Redrup* v.
*New York,* 386 U. S. 767 (1967).   THE CHIEF JUSTICE,
MR. JUSTICE HARLAN, and MR. JUSTICE BLACKMUN are
of the opinion that certiorari should be denied.